# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY FOX, *et al.*, | |
| Plaintiff, | NO. 3:16-CV-1511 |
| v. | (JUDGE CAPUTO) |
| LACKAWANNA COUNTY, *et al.*, | |
| Defendants. | |

## **ORDER**

**NOW**, this 8th day of March, 2018, **IT IS HEREBY ORDERED** that Correctional Defendants' Motion to Stay (Doc. 93) is **DENIED without prejudice**. Plaintiffs' Motion for Leave to File Sur Reply Brief (Doc. 106) is **DENIED as moot**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge