# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY FOX, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> LACKAWANNA COUNTY, *et al.*, <br><br> Defendants. | NO. 3:16-CV-1511 <br><br> (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 23rd day of May, 2018, **IT IS HEREBY ORDERED** that:

(1) Defendants' Joint Motion for Contempt (Doc. 109) is **DENIED**.

(2) Plaintiffs' Motion to Strike Joint Motion for Contempt (Doc. 110) is **DENIED as moot**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge