# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY FOX, *et al.*,<br><br>  Plaintiff,<br><br>  v.<br><br>LACKAWANNA COUNTY, *et al.*,<br><br>  Defendants. | NO. 3:16-CV-1511<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 22nd day of August, 2018, **IT IS HEREBY ORDERED** that the Motion to Quash (Doc. 134) filed by David Davison is **DENIED**.

                                        /s/ A. Richard Caputo
                                        A. Richard Caputo
                                        United States District Judge