# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY FOX, *et al.*, | |
| Plaintiff, | NO. 3:16-CV-1511 |
| v. | (JUDGE CAPUTO) |
| LACKAWANNA COUNTY, *et al.*, | |
| Defendants. | |

## **ORDER**

**NOW**, this 27th day of August, 2018, **IT IS HEREBY ORDERED** that the Motion to Quash Subpoena Directed to Amil Minora (Doc. 126) filed by the Lackawanna County Prison Board of Inspectors is **GRANTED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge